CG: 2019R00835
JTW:   04.01.21

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | CRIMINAL NO. 21-128- GLR |
| | * | |
| **ABDUL PEARCE,** | * | (Hobbs Act Robbery, 18 U.S.C. |
| | * | § 1951(a)) |
| **Defendant** | * | |
| | * | |
| | ******* | |

## INFORMATION

### COUNT ONE

The United States Attorney charges that:

On or about November 4, 2019, in the District of Maryland,

**ABDUL PEARCE,**

did knowingly obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant unlawfully did knowingly take and obtain property consisting of U.S. Currency, and store property, from the person and presence of employees of the GameStop store, located at 2500 Boston Street, Baltimore, Maryland 21224, against the employees' will by means of actual and threatened force, violence, and fear of injury, immediate and future, to the employees' person by threatening serious physical injury and death to said employee, in violation of Title 18 United States Code Section 1951(a).

18 U.S.C. § 1951(a)

CG: 2019R00835
JTW:  04.01.21

                                    *Jonathan F. Lenzner/cg*
                                       Jonathan F. Lenzner
                                       Acting United States Attorney

   April 28, 2021
Date